**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREG RICHARDSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-3900 |
| | : | |
| v. | : | |
| | : | |
| CSS INDUSTRIES, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 13th day of May, 2009, it is hereby ORDERED as follows:

1.      Defendant Paper Magic Group, Inc.'s Motion to Dismiss Count II of

Plaintiff's Complaint (Doc. No. 8) is GRANTED IN PART and DENIED

IN PART.

2.      Plaintiff's ERISA claim against PMG is dismissed as to PMG's alleged

failure to promote Plaintiff.

3.      Plaintiff's ERISA claim against PMG shall go forward as to PMG's

alleged wrongful termination of Plaintiff.

4.      Plaintiff's request for compensatory and punitive damages from PMG for

alleged violations of ERISA is MARKED WITHDRAWN.


BY THE COURT:


          S/ C. Darnell Jones II
                                          J.