IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREG RICHARDSON, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-3900 |
| v. | : | |
| CSS INDUSTRIES, INC., et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 27th day of July, 2009, it is hereby ORDERED as follows:

1. Defendant CSS Industries, Inc.'s ("CSS") Motion for Judgment on the Pleadings (Doc. No. 12) is GRANTED.

2. Plaintiff's claims against CSS are DISMISSED for failure to state a claim upon which relief can be granted.

3. CSS is TERMINATED as a party to the above-captioned matter.

BY THE COURT:

S/ C. Darnell Jones II
J.